UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: HRDY, SCOTT | § Case No. 09-46100 |
| | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn
    Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 06/17/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  05/03/2011          By:  /s/ Michael G. Berland
                                                                                                Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HRDY, SCOTT § Case No. 09-46100
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 17,504.63 |
| *and approved disbursements of* | $ 1,518.61 |
| *leaving a balance on hand of* [1] | $ 15,986.02 |

**Balance on hand:** $ 15,986.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 15,986.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 2,500.45 | 0.00 | 2,500.45 |

Total to be paid for chapter 7 administration expenses: $ 2,500.45
Remaining balance: $ 13,485.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,485.57

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 13,485.57

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,355.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 82.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 8,490.64 | 0.00 | 7,000.70 |
| 2 | City of Prescott | 240.80 | 0.00 | 198.54 |
| 3 | U.S. Bank N.A. | 2,209.05 | 0.00 | 1,821.40 |
| 4 | Fia Card Services, NA/Bank of America by American Infosource, | 5,415.04 | 0.00 | 4,464.80 |

Total to be paid for timely general unsecured claims: $ 13,485.44
Remaining balance: $ 0.13

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.13

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.13

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 09-46100-BWB
Scott Hrdy Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: arodarte     Page 1 of 2     Date Rcvd: May 04, 2011
                  Form ID: pdf006     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2011.
```
db         +Scott Hrdy,   370 Kensington Dr,    Oswego, IL 60543-8371
aty        +James A Young,    James A Young & Associates, Ltd.,    47 DuPage Court,    Elgin, IL 60120-6421
tr         +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
14811538   +Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
14811539   +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
14811540   +Chase Manhattan Mtg,    G7-Pp,    3415 Vision Dr.,    Columbus, OH 43219-6009
14811542   +DHMS,    1751 S. Naperville Rd., Ste. 207,    Wheaton, IL 60189-5896
14811544    Evanston Emergency Phys, PLLC,    PO Box 95458,    Oklahoma City, OK 73143-5458
14951394   +Keynote Consulting Inc,    220 W Campus Dr #102,    Arlington Heights, IL 60004-1498
14951397   +Linden Oaks Hospital,    Dept 4070,    Carol Stream, IL 60122-0001
14811545   +Mohammad Waseem Kagzi, Ltd.,    6440 Grand Avenue Ste. 203,    Gurnee, IL 60031-5258
14951392   +NCO Financial Systems Inc,    507 Prudential Road,    Horsham, PA 19044-2368
14811546    Quest Diagnostic,    P.O. Box 64804,    Baltimore, MD 21264-4804
14811547   +Revenue Cycle Solutions,    PO BOX 7229,    Westchester, IL 60154-7229
14811548   +Rush-Copley,    Patient Financial Services,    PO Box 129,    Lombard, IL 60148-0129
14951396   +SMDC Health System,    PO Box 64618,    Saint Paul, MN 55164-0618
14811549   +Surgical Practice, Ltd,    1980 Three Farms Ave Suite 108,    Naperville, IL 60540-1136
14811550    UNS Gas, Inc.,    P.O. Box 80078,    Prescott, AZ 86304-8078
15381966   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201-5229)
14811551   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
14951395   +Uinta County Ambulance Svc,    PO Box 640,    Evanston, WY 82931-0640
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14951393   +E-mail/Text: RBALTAZAR@ARMORSYS.COM May 04 2011 22:03:44     Armor Systems Corporation,
             1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
14811541    E-mail/Text: debby.johnston@prescott-az.gov May 04 2011 22:47:05     City of Prescott,
             PO BOX 2059,    Prescott, AZ 86302-2059
14968879    E-mail/PDF: mrdiscen@discoverfinancial.com May 04 2011 23:56:11     DISCOVER BANK,
             DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14811543   +E-mail/PDF: mrdiscen@discoverfinancial.com May 04 2011 23:56:11     Discover Fin,
             Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
15389951    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2011 23:53:36
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14811537    APS
14811536   ##+A Cut Above Landscaping,    3827 Fallen Oak Drive,    Prescott, AZ 86305-4600
                                                                                              TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: arodarte           Page 2 of 2            Date Rcvd: May 04, 2011
                              Form ID: pdf006          Total Noticed: 26

                   ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2011**                      **Signature:** /s/ Joseph Speetjens