**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HRDY, SCOTT § Case No. 09-46100
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $296,600.00        Assets Exempt: $6,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,485.75     Claims Discharged
                                                Without Payment: $5,791.19

Total Expenses of Administration: $4,019.06

3) Total gross receipts of $ 17,504.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,504.81 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $353,502.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,019.06 | 4,019.06 | 4,019.06 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 16,997.44 | 16,355.53 | 16,355.53 | 13,485.75 |
| **TOTAL DISBURSEMENTS** | $370,499.44 | $20,374.59 | $20,374.59 | $17,504.81 |

4) This case was originally filed under Chapter 7 on December 04, 2009. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2011          By: /s/MICHAEL G. BERLAND
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Harley Davidson-scheduled | 1129-000 | 9,500.00 |
| 2001 Harley Davidson-scheduled | 1129-000 | 8,000.00 |
| Interest Income | 1270-000 | 4.81 |
| **TOTAL GROSS RECEIPTS** | | **$17,504.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank Of America | 4110-000 | 121,837.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mtg | 4110-000 | 231,665.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$353,502.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 2,500.45 | 2,500.45 | 2,500.45 |
| American Auction Associates | 3620-000 | N/A | 1,018.61 | 1,018.61 | 1,018.61 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,019.06 | 4,019.06 | 4,019.06 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 7,925.00 | 8,490.64 | 8,490.64 | 7,000.86 |
| 2 | City of Prescott | 7100-000 | 281.03 | 240.80 | 240.80 | 198.55 |
| 3 | U.S. Bank N.A. | 7100-000 | 1,430.00 | 2,209.05 | 2,209.05 | 1,821.44 |
| 4 | Fia Card Services, NA/Bank of America by American | 7100-000 | 4,440.00 | 5,415.04 | 5,415.04 | 4,464.90 |
| NOTFILED | Quest Diagnostic | 7100-000 | 540.02 | N/A | N/A | 0.00 |
| NOTFILED | Revenue Cycle Solutions | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | Mohammad Waseem Kagzi, Ltd. | 7100-000 | 651.20 | N/A | N/A | 0.00 |
| NOTFILED | Rush-Copley Patient Financial Services | 7100-000 | 168.80 | N/A | N/A | 0.00 |
| NOTFILED | Surgical Practice, Ltd | 7100-000 | 83.80 | N/A | N/A | 0.00 |
| NOTFILED | UNS Gas, Inc. | 7100-000 | 104.12 | N/A | N/A | 0.00 |
| NOTFILED | DHMS | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | A Cut Above Landscaping | 7100-000 | 252.05 | N/A | N/A | 0.00 |
| NOTFILED | APS | 7100-000 | 107.82 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Evanston Emergency Phys, PLLC | 7100-000 | 103.60 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 16,997.44 | 16,355.53 | 16,355.53 | 13,485.75 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-46100  
**Case Name:** HRDY, SCOTT  

**Period Ending:** 10/20/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 12/04/09 (f)  
**§341(a) Meeting Date:** 01/11/10  
**Claims Bar Date:** 04/14/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 242 Lakewood, Prescott-Arizona-scheduled | 290,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Bank of America-scheduled | 2,575.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2001 Honda Accord-scheduled | 3,425.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2003 Harley Davidson-scheduled | 13,000.00 | 9,500.00 | | 9,500.00 | FA |
| 7 | 2001 Harley Davidson-scheduled | 6,000.00 | 8,000.00 | | 8,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.81 | Unknown |
| 8 | Assets  Totals (Excluding unknown values) | **$315,600.00** | **$17,500.00** | | **$17,504.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee hiried an auctioneer to sell his interest in two vehicles. Tax returns have been filed.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012  **Current Projected Date Of Final Report (TFR):** December 31, 2012

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-46100 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | HRDY, SCOTT | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******15-65 - Money Market Account |
| Taxpayer ID #: | **-***1281 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/20/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/10/10 | | American Auction Associates | Payment from auctioneer for sale of two motorcylcles | | 17,500.00 | | 17,500.00 |
| | {6} | | Sale of 2003 Harley       9,500.00 | 1129-000 | | | 17,500.00 |
| | {7} | | Sale of 2001 Harley       8,000.00 | 1129-000 | | | 17,500.00 |
| 05/24/10 | 1001 | American Auction Associates | Payment of auctioneer expenses per court order | 3620-000 | | 1,018.61 | 16,481.39 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.69 | | 16,482.08 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.95 | | 16,483.03 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.98 | | 16,484.01 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.97 | | 16,484.98 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,485.11 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 16,485.25 |
| 11/16/10 | 1002 | Gloria Longest | Payment of accountant per court orer | 3410-000 | | 500.00 | 15,985.25 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,985.38 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,985.51 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,985.64 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,985.76 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,985.89 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,986.02 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,986.15 |
| 06/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.05 | | 15,986.20 |
| 06/14/11 | | To Account #9200******1566 | Transfer for purpose of final distribution | 9999-000 | | 15,986.20 | 0.00 |
| | | | ACCOUNT TOTALS | | 17,504.81 | 17,504.81 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,986.20 | |
| | | | **Subtotal** | | **17,504.81** | **1,518.61** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,504.81** | **$1,518.61** | |

{} Asset reference(s)     Printed: 10/20/2011 02:38 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-46100  
**Case Name:** HRDY, SCOTT  

**Taxpayer ID #:** **-***1281  
**Period Ending:** 10/20/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/14/11 | | From Account #9200******1565 | Transfer for purpose of final distribution | 9999-000 | 15,986.20 | | 15,986.20 |
| 06/21/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,500.45, Trustee Compensation;  Reference: | 2100-000 | | 2,500.45 | 13,485.75 |
| 06/21/11 | 102 | DISCOVER BANK | Dividend paid  82.45% on $8,490.64; Claim# 1; Filed: $8,490.64; Reference: | 7100-000 | | 7,000.86 | 6,484.89 |
| 06/21/11 | 103 | City of Prescott | Dividend paid  82.45% on $240.80; Claim# 2; Filed: $240.80; Reference: | 7100-000 | | 198.55 | 6,286.34 |
| 06/21/11 | 104 | U.S. Bank N.A. | Dividend paid  82.45% on $2,209.05; Claim# 3; Filed: $2,209.05; Reference: | 7100-000 | | 1,821.44 | 4,464.90 |
| 06/21/11 | 105 | Fia Card Services, NA/Bank of America by American Infosurce, | Dividend paid  82.45% on $5,415.04; Claim# 4; Filed: $5,415.04; Reference: | 7100-000 | | 4,464.90 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 15,986.20 | 15,986.20 | $0.00 |
| Less: Bank Transfers | | 15,986.20 | 0.00 | |
| Subtotal | | 0.00 | 15,986.20 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $15,986.20 | |

Net Receipts :           17,504.81  
Net Estate :        $17,504.81

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******15-65** | 17,504.81 | 1,518.61 | 0.00 |
| **Checking # 9200-******15-66** | 0.00 | 15,986.20 | 0.00 |
| | $17,504.81 | $17,504.81 | $0.00 |

{} Asset reference(s)                                                                                                                                                                                 Printed: 10/20/2011 02:38 PM        V.12.57